JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:    541-419-0074
Fax:               541-593-4452
Email:           jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA LYNN SELLERS, | Case No.  2:17-CV-01678-AC |
| Plaintiff | **STIPULATION AND** ~~**PROPOSED**~~ **ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT** |
| v. | |
| NANCY A. BERRYHILL, Acting Comm'r of Social Security, | |
| Defendant | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 45 Days to March 4, 2018, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension.  It is requested due to the fact that Plaintiff's counsel is experiencing a backlog in her workload.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: January 16, 2018  JACQUELINE A. FORSLUND
Attorney at Law

*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND

Attorney for Plaintiff

Date: January 16, 2018  MCGREGOR W. SCOTT
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

*/s/Cynthia B. De Nardi*
CYNTHIA B. DE NARDI
Special Assistant United States Attorney
*By email authorization

Attorney for Defendant

ORDER

APPROVED AND SO ORDERED

DATED: January 17, 2018  _____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

**Sellers v. Berryhill**  **Stipulation and Proposed Order**  E.D. Cal. 2:17-cv-01678-AC