JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:    541-419-0074
Fax:          541-593-4452
Email:        jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA LYNN SELLERS, ) | Case No.  2:17-CV-01678-AC |
| ) | |
| Plaintiff ) | **STIPULATION AND** ~~**PROPOSED**~~ |
| ) | **ORDER FOR EXTENSION OF TIME** |
| v. ) | **TO FILE PLAINTIFF'S MOTION FOR** |
| ) | **SUMMARY JUDGEMENT** |
| NANCY A. BERRYHILL, ) | |
| Acting Comm'r of Social Security, ) | |
| ) | |
| Defendant ) | |
| ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 7 Days to March 12, 2018, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's second and final request for an extension.  It is requested due to the fact that Plaintiff's counsel has a large backlog in her workload and requires an additional week to adequately address this case.  Plaintiff's counsel apologizes for any inconvenience this may cause to the Court or to the Defendant.

**Sellers v. Berryhill**          **Stipulation and Proposed Order**          **E.D. Cal. 2:17-cv-01678-AC**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: February 14, 2018            JACQUELINE A. FORSLUND
                                   Attorney at Law


                                   */s/Jacqueline A. Forslund*
                                   JACQUELINE A. FORSLUND

                                   Attorney for Plaintiff


Date: February 14, 2018            MCGREGOR W. SCOTT
                                   United States Attorney
                                   DEBORAH STACHEL
                                   Regional Chief Counsel, Region IX
                                   Social Security Administration

                                   */s/Cynthia B. De Nardi*
                                   CYNTHIA B. DE NARDI
                                   Special Assistant United States Attorney
                                   *By email authorization

                                   Attorney for Defendant


                                   ORDER

APPROVED AND SO ORDERED


DATED: February 15, 2018           _____
                                   ALLISON CLAIRE
                                   UNITED STATES MAGISTRATE JUDGE

**Sellers v. Berryhill**         **Stipulation and Proposed Order**         **E.D. Cal. 2:17-cv-01678-AC**