1  JACQUELINE A. FORSLUND
   Forslund Law, LLC
2  CSBN 154575
   P.O. Box 4476
3  Sunriver, OR  97707
4  Telephone:    541-419-0074
   Fax:          541-593-4452
5  Email:        jaf@forslundlaw.com

6  Attorney for Plaintiff

                     UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA

| DEANNA LYNN SELLERS, | ) | Case No. 2:17-CV-01678-AC |
|---|---|---|
| Plaintiff | ) | **STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT** |
| v. | ) | |
| NANCY A. BERRYHILL, Acting Comm'r of Social Security, | ) | |
| Defendant | ) | |

   IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 1 Day to March 13, 2018, for Plaintiff to file her Opening Brief. The Brief was filed on March 13, one day late. This extension is requested because briefing took longer than expected because of the lengthy administrative transcript and the complex legal and medical issues.

**Sellers v. Berryhill          Stipulation and Proposed Order          E.D. Cal. 2:17-cv-01678-AC**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: March 15, 2018          JACQUELINE A. FORSLUND
                              Attorney at Law


                              */s/Jacqueline A. Forslund*
                              JACQUELINE A. FORSLUND

                              Attorney for Plaintiff


Date:  March 16, 2018         MCGREGOR W. SCOTT
                              United States Attorney
                              DEBORAH STACHEL
                              Regional Chief Counsel, Region IX
                              Social Security Administration

                              */s/Cynthia B. De Nardi*
                              CYNTHIA B. DE NARDI
                              Special Assistant United States Attorney
                              *By email authorization

                              Attorney for Defendant


                                   ORDER

APPROVED AND SO ORDERED


DATED:  March 19, 2018

                              _____
                              ALLISON CLAIRE
                              UNITED STATES MAGISTRATE JUDGE

**Sellers v. Berryhill**          **Stipulation and Proposed Order**          E.D. Cal. 2:17-cv-01678-AC