MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
CYNTHIA B. DE NARDI, CSBN 256770
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105-2102
    Telephone: (415) 977-8961
    Facsimile: (415) 744-0134
    Email: cynthia.denardi@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| DEANNA LYNN SELLERS, | Case No. 2:17-CV-01678-AC |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME |
| v. | |
| NANCY E. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from April 12, 2018, to May 13, 2018. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant respectfully requests this additional time because the undersigned attorney is preparing substantive pleadings in three employment discrimination cases before different tribunals - the United States District Court in the District of Arizona, the Equal Employment Opportunity Commission (EEOC), Los Angeles District Office, and the EEOC Office of Federal Operations - that are due April 11, April 13, and April 30, respectively.

1

Stip. & Prop. Order for Ext.; 2:17-cv-01678-AC

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: April 5, 2018 *s/ Jacqueline A. Forslund\**
(*as authorized by email on 4/5/18)
JACQUELINE A. FORSLUND

Attorney for Plaintiff

Dated:  April 5, 2018 MACGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ *Cynthia B. De Nardi*
CYNTHIA B. DE NARDI
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: April 6, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2

Stip. & Prop. Order for Ext.; 2:17-cv-01678-AC