MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
CYNTHIA B. DE NARDI, CSBN 256770
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105-2102
    Telephone: (415) 977-8961
    Facsimile: (415) 744-0134
    Email: cynthia.denardi@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| DEANNA LYNN SELLERS, | Case No. 2:17-CV-01678-AC |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME |
| v. | |
| NANCY E. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from May 13, 2018 to May 28, 2018. This is Defendant's second request for an extension of time to respond to Plaintiff's motion. Defendant respectfully requests this additional time because of the undersigned attorney's briefing schedule, in addition to her other assigned duties. In addition to this case, the undersigned is preparing summary judgment motions in cases before the Equal Employment Opportunity Commission (EEOC), that are due May 14 and May 29, and a motion to dismiss in a Federal employment discrimination case in the Northern District of California.

1

Stip. & Prop. Order for Ext.; 2:17-cv-01678-AC

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: May 8, 2018          *s/ Jacqueline A. Forslund\**
(*as authorized by email on 5/8/18)
JACQUELINE A. FORSLUND

Attorney for Plaintiff

Dated: May 4, 2018          MACGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:    /s/ *Cynthia B. De Nardi*
CYNTHIA B. DE NARDI
Special Assistant United States Attorney

Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED:

Dated: May 9, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2

Stip. & Prop. Order for Ext.; 2:17-cv-01678-AC