1
2
3
4
5

FORSLUND LAW, LLC
Jacqueline A. Forslund # 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:     541-419-0074
Fax:             541-593-4452
Email:        jaf@forslundlaw.com

6

Attorney for Plaintiff

7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

8

9

DEANNA LYNN SELLERS,                    )      Case No.  2:17-CV-01678-AC
                                        )
10          Plaintiff                   )      **STIPULATION AND** ~~PROPOSED~~
                                        )      **ORDER FOR AWARD OF ATTORNEY'S**
11   v.                                 )      **FEES UNDER THE EQUAL ACCESS TO**
                                        )      **JUSTICE ACT (EAJA)**
12   NANCY A. BERRYHILL,                 )
13   Acting Commissioner of Social Security,   )
                                        )
14          Defendant                   )
                                        )
15   _____)

16

        IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel,

17

subject to the approval of the Court, that Plaintiff shall be awarded attorney's fees under the Equal

18

Access to Justice Act (EAJA), 28 U.S.C. sec. 2412(d), in the amount of SEVEN THOUSAND

19

EIGHT HUNDRED AND FIFTEEN dollars and EIGHTY-THREE cents ($7,815.83).  This amount

20

represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection

21

with this civil action, in accordance with 28 U.S.C. sec. 2412(d).

22

        After the Court issues an order for payment of EAJA fees and expenses to Plaintiff, the

23

government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to

24

Plaintiff's attorney.  The government's ability to honor the assignment will depend on whether the

25

fees and expenses are subject to an offset allowed under the United States Department of the

26

Treasury's Offset Program pursuant to Astrue v. Ratcliff, 130 S.Ct. 2521 (2010).  After the order of

27

EAJA fees and expenses is entered, the government will determine if they are subject to an offset. If

28

it is determined that Plaintiff's EAJA fees and expenses are not subject to an offset under Astrue v.

Ratcliff, 130 S.Ct. 2521 (2010) and the Department of Treasury's Offset Program, then the check for

EAJA fees and expenses shall be made payable to Jacqueline A. Forslund, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.  The parties agree that whether these checks are made payable to Plaintiff or Jacqueline A. Forslund, such checks shall be mailed to Plaintiff's attorney at the following address:  Jacqueline A. Forslund, Forslund Law LLC, P.O. Box 4476, Sunriver, Oregon  97707. This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's Counsel may have relating to EAJA attorney fees in connection with this action.

Respectfully submitted,

Date:  May 3, 2019            JACQUELINE A. FORSLUND
                             Attorney at Law


                             */s/Jacqueline A. Forslund*
                             JACQUELINE A. FORSLUND
                             Attorney for Plaintiff

Date:   May 3, 2019           MCGREGOR W. SCOTT
                             United States Attorney
                             DEBORAH STACHEL
                             Regional Chief Counsel, Region IX
                             Social Security Administration

                             */s/Margaret Branick-Abilla*
                             MARGARET BRANICK-ABILLA
                             Special Assistant United States Attorney
                             *By email authorization
                             Attorney for Defendant

                                 ORDER

APPROVED AND SO ORDERED


DATED:  May 3, 2019

                             ALLISON CLAIRE
                             UNITED STATES MAGISTRATE JUDGE


Sellers v. Berryhill            Stipulation and Proposed Order         E.D. Cal. 2:17-cv-01678-AC